IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MORRIS SCOTT HOLMES,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 5:10-CV-355 (CAR) |
| : | |
| **GREGORY MCLAUGHLIN, Warden,** : | |
| **Mr. PERRY, Deputy Warden for Care** : | |
| **and Treatment,** : | |
| : | |
| Defendants. : | |

_____

**ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc.7] that Plaintiff's claims regarding his personal property and the grievance process and Warden McLaughlin be dismissed from the present action. No objection was filed. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 10th day of January, 2011.

                                                        S/ C. Ashley Royal
                                                        C. ASHLEY ROYAL, JUDGE
                                                        UNITED STATES DISTRICT COURT

jlr