IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MORRIS SCOTT HOLMES, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 5:10-CV-355 (CAR) |
| : | |
| GREGORY MCLAUGHLIN, and : | |
| MR. PERRY, : | |
| : | |
| Defendants. : | |

### ORDER ON THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Tab 20] that Plaintiff's Motion to Order Diagnosis and Treatment [Doc. 12], Motion for Summary Judgment [Doc. 13], and Motion for Default Judgment [Doc. 14] be **DENIED**. No Objection to the Recommendation was filed. Having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 8th day of February, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

jlr