IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MORRIS SCOTT HOLMES,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 5:10-CV-355-CAR-CHW |
| : | |
| **MR. PERRY,** : | |
| : | |
| Defendant. : | |
| : | |

_____

### ORDER ON THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 31] that Defendant's Motion to Dismiss be **GRANTED** and Plaintiff's Complaint accordingly be **DISMISSED** for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e(a).  Plaintiff filed a timely Objection to the Recommendation [Doc. 34]; Defendant filed a Response to that Objection [Doc. 36], and Plaintiff then filed a new Objection [Doc. 37].

Pursuant to 28 U.S.C. ▪ 636(b)(1), this Court has thoroughly considered the Recommendation, Plaintiff's Objection, the Response, and Plaintiff's Amended Objection and has made a *de novo* determination of the portions of the Recommendation to which Plaintiff objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge.

Plaintiff filed the present suit on September 14, 2010[1] but did not appeal the denial of his administrative grievance until September 27, 2010.  He accordingly failed to exhaust his administrative remedies *before* filing the present suit. See Woodford v. Ngo, 548 U.S. 81, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) ("[Prisoners] must file an administrative grievance and, if the resolution of that grievance is unsatisfactory to them, they must exhaust available administrative appeals."); O'Brien v. U.S., 137 Fed. Appx. 295, 301-302 (11th Cir. 2005) (finding lack of exhaustion where prisoner "prematurely filed his civil complaint . . . and . . . 'failed to heed that clear statutory command' requiring that his administrative remedies be exhausted *before* bringing suit") (emphasis added).

The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 17th day of August, 2011.

S/   C. Ashley Royal  
C. ASHLEY ROYAL, CHIEF JUDGE  
UNITED STATES DISTRICT COURT

jlr

---

[1] The Court's Docket shows that the Complaint was filed on September 27, 2010; however, a prisoner's complaint is deemed filed the date on which it is signed and delivered to prison authorities. See Washington v. U.S., 243 F.3d 1299, 1301 (11th Cir. 2001); Garvey v. Vaughn, 993 F.2d 776, 783 (11th Cir.1993). Plaintiff's Complaint was signed and delivered to prison officials on September 14, 2010.